**No. 09-9026. David Miller, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1020, 130 S. Ct. 3495, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5231.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1073, 130 S. Ct. 2101, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3400.

**No. 09-9179. Daniel L. Spuck, Petitioner v. Thomas Ridge, former Governor of Pennsylvania, et al.**

561 U.S. 1020, 130 S. Ct. 3495, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5197.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1095, 130 S. Ct. 2374, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3523.

**No. 09-9293. Sheila A. Mannix, Petitioner v. Lisa Madigan, et al.**

561 U.S. 1020, 130 S. Ct. 3495, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5189.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1096, 130 S. Ct. 2381, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3526.

**No. 09-9530. Gregory Chambers, Petitioner v. Ohio.**

561 U.S. 1020, 130 S. Ct. 3495, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5240.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1098, 130 S. Ct. 2384, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3494.

**No. 09-9587. Ronald D. Johnson, Petitioner v. Florida.**

561 U.S. 1020, 130 S. Ct. 3495, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5222.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3592.

**No. 09-9843. Lydia Tsosie, Petitioner v. Arizona, et al.**

561 U.S. 1020, 130 S. Ct. 3496, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5243.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1101, 130 S. Ct. 2393, 176 L. Ed. 2d 783, 2010 U.S. LEXIS 3654.

**No. 09-9867. In re Jeffrey Lynn Chronister, Petitioner.**

561 U.S. 1020, 130 S. Ct. 3496, 177 L. Ed. 2d 1083, 2010 U.S. LEXIS 5183.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1066, 130 S. Ct. 2138, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3203.